**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **POWER MARKETING DIRECT, INC.,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:05-cv-767 |
| | : | |
| v. | : | JUDGE MARBLEY |
| | : | |
| **JAMES CLARK,** | : | Magistrate Judge Abel |
| | : | |
| Defendant. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the April 21, 2010 Order, the Court GRANTS Power Marketing's Motion for Summary Judgment, Clark is ORDERED to remit payment in the amount of $27,714.77. This case is DISMISSED.

Date: **April 21, 2010**          **James Bonini, Clerk**

　　　　　　　　　　　　　　　　　　s/Betty L. Clark
　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk